AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

SETH CANFIELD

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5608JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court REMANDS the matter to the Social Security Administration for further consideration. On remand the matter should be assigned to a new administrative law judge, who should reconsider each of the five steps of the administrative process.


November 17, 2008

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk