UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SETH CANFIELD,<br><br>                Plaintiff,<br>v.<br><br>MICHAEL ASTRUE, Commissioner<br>of Social Security Administration,<br><br>                Defendant. | NO. C07-5608JKA<br><br>STIPULATION AND ORDER/JUDGMENT<br>RE EAJA ATTORNEY'S FEES |

## STIPULATION

The parties, through their respective counsel, hereby stipulate and agree that the plaintiff should be awarded judgment for attorney's fees in the amount of $6,192.31, and costs in the amount of $364.40 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C.§ 1920 for costs.

Dated this 13th day of January 2009.

/s/ Charles W. Talbot
Charles W. Talbot, WSBA #7448
Attorney for Plaintiff

Approved per email from David Burdett
dated January 12, 2009 @ 4:49 pm.
David Blume
Attorney for Defendant

STIPULATION AND ORDER RE
AWARD OF ATTORNEY'S FEES - 1

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

ORDER/JUDGMENT

Based upon the foregoing stipulation, and the court agreeing that fees and costs should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $6,192.31 and costs of $364.40 pursuant to 28 U.S.C. § 2412 and 28 U.S.C. § 1920, for a total judgment of $6,556.71.

Dated this 14th day of January, 2009.

/s/ J. Kelley Arnold
J. KELLEY ARNOLD
United States Magistrate Judge

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry:

Approved per email from David Burdett
dated January 12, 2009 @ 4:49 pm.
David Blume
Attorney for Defendant

STIPULATION AND ORDER RE
AWARD OF ATTORNEY'S FEES - 2

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300